**CRIMINAL MINUTES - GENERAL**

Page **1** of **1**

| Case No. | CR 14-436-DMG<br>CV 19-1695-DMG ✓ | | Date | June 3, 2021 |
|---|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Yair Shoshani | Not | | | Victor Sherman | Not | | |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE**

On March 7, 2019, Petitioner filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. section 2255. [CR Doc. # 197.] Upon stipulation, proceedings in this case were stayed for approximately two years. [*See* CR Doc. ## 203, 209.] Pursuant to a briefing schedule set by the Court, the Government's opposition to Petitioner's section 2255 motion was due by April 2, 2021, and Petitioner's reply was due by May 7, 2021 [CR Doc. # 209].

To date, no opposition has been filed. Accordingly, the Government is hereby **ORDERED TO SHOW CAUSE** by no later than **June 17, 2021** why the relief requested by Petitioner should not be granted based on the Government's lack of opposition.

**IT IS SO ORDERED.**